UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HARRY D. ALEXANDER, ) | |
| ) | CASE NO. C13-0141-RSL |
| Petitioner, ) | |
| ) | |
| v. ) | ORDER DENYING PETITIONER'S |
| ) | HABEAS PETITION WITH |
| STATE OF WASHINGTON, ) | PREJUDICE |
| ) | |
| Respondent. ) | |
| _____ ) | |

The Court, having reviewed petitioner's petition for writ of habeas corpus, the Report and Recommendation of Mary Alice Theiler, United States Magistrate Judge, and the remaining record, does hereby find and Order:

(1) The Court adopts the Report and Recommendation;

(2) Petitioner's habeas petition and this action are DISMISSED, with prejudice; and

(3) Petitioner is DENIED issuance of a certificate of appealability.

DATED this 12th day of April, 2013.

/s/ Robert S. Lasnik
ROBERT S. LASNIK
United States District Judge

ORDER DENYING PETITIONER'S
HABEAS PETITION WITH PREJUDICE
PAGE -1